# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: G. TODD HOUCK                                             Misc. Case No.: 2:26-mc-00005

### ORDER TO SHOW CAUSE

On January 22, 2026, at 1:30 p.m., the court convened for a scheduled plea hearing in *United States v. Michael Allen Corkhill*, No. 2:25-cr-00078-4. Defense counsel, G. Todd Houck, failed to appear without cause or notice, despite multiple attempts by court staff to contact him at the time of the hearing.

Accordingly, Mr. Houck is **ORDERED** to appear before this court on **January 29, 2026, at 10:00 a.m.,** to show cause why he failed to appear at the plea hearing held on January 22, 2026.

The court **DIRECTS** the Clerk to send a copy of this Order to G. Todd Houck at 105 Guyandotte Ave, Mullens, WV 25882 as well as an electric copy at gthouck@aol.com.

ENTER:     January 22, 2026

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE